IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| v. | : | 1:24CR 12 -1 |
| | : | |
| KOVACS KIERON TROUTMAN | : | |

The Grand Jury charges:

COUNT ONE

On or about October 9, 2023, in the County of Moore, in the Middle District of North Carolina, KOVACS KIERON TROUTMAN knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT TWO

On or about October 9, 2023, in the County of Moore, in the Middle District of North Carolina, KOVACS KIERON TROUTMAN, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine hydrochloride, as more fully referenced in Count One of this Indictment, did knowingly possess

a firearm, that is, a Kimber .45 caliber handgun; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE

On or about October 9, 2023, in the County of Moore, in the Middle District of North Carolina, KOVACS KIERON TROUTMAN knowingly did possess in and affecting commerce a firearm, that is, a Kimber .45 caliber handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

1. The allegations contained in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense alleged in Count One of this Indictment, the defendant, KOVACS KIERON TROUTMAN, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), all right, title and interest in and to any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. Upon conviction of one or more of the offenses alleged in Counts Two and Three of this Indictment, the defendant, KOVACS KIERON TROUTMAN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), all right, title, and interest in and to any firearms and ammunition involved or used in the commission of the offenses.

4. The property subject to forfeiture pursuant to paragraphs 2 and 3 above may include, but shall not be limited to, the following:

    a. Kimber .45 caliber pistol, Model Tactical Custom HD II, serial number K446304.

    b. Assorted ammunition.

5. If any of the property described above as being subject to forfeiture as a result of any act or omission of the defendant cannot be located upon the exercise of due diligence, has been transferred or sold to or deposited with a third person, has been placed beyond the jurisdiction of the Court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in accordance with Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), Title 26, United States Code, Section

5872, Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: January 16, 2024

SANDRA J. HAIRSTON
United States Attorney

_____
BY: CLIFTON T. BARRETT
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON

4